IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              NO. 4:13CR00167-03 JLH

JUSTIN PETTIS                                                                DEFENDANT

## ORDER

Defendant Justin Pettis has filed the pending motion for detention hearing. See Document 62. For good cause shown, the motion is granted. A detention hearing will be held beginning at 2:00 p.m. on Friday, August 9, 2013, in Courtroom 2B of the Richard S. Arnold United States Courthouse in Little Rock, Arkansas. This order is the only notice of the hearing the parties will receive.

IT IS SO ORDERED this __6__ day of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE